UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CODY ESTILETTE | CIVIL ACTION NO. 6:16-cv-01679 |
| VERSUS | JUDGE JAMES |
| FOREST RIVER, INC., ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion to remand is GRANTED, and this action is REMANDED to the 15th Judicial District Court, Lafayette Parish, Louisiana, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 30th day of January 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE